# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEROME W. MOODY,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C06-5337JKA<br><br><br><br>ORDER FOR PERMISSION TO EXCEED PAGE LIMIT |

Based upon Defendant's Motion for Permission to Exceed the Page Limit, it is hereby ORDERED that the Defendant shall have leave to submit briefing four (4) pages in excess of the page limitations.

DATED this 1st day of November, 2006.

                                        */s/ J. Kelley Arnold*
                                        UNITED STATES MAGISTRATE JUDGE

1 | Presented by:

3 | s/ Thomas M. Elsberry
Thomas M. Elsberry   WSB # 26456
4 | Special Assistant U.S. Attorney
Attorney for Defendant
5 | 701 Fifth Ave, Ste 2900, M/S 901
6 | Phone:  206-615-2112
Fax:      206-615-2531
7 | thomas.elsberry@ssa.gov